NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DKR CONSULTING, LLC,**
*Plaintiff-Appellant*

**v.**

**SHOPIFY INC.,**
*Defendant-Appellee*

---

2024-2279

---

Appeal from the United States District Court for the Central District of California in No. 2:23-cv-06904-HDV-JC, Judge Hernan D. Vera.

---

**JUDGMENT**

---

KEVIN SPRENGER, Daignault Iyer LLP, Vienna, VA, argued for plaintiff-appellant. Also represented by JASON SCOTT CHARKOW, RONALD M. DAIGNAULT, CHANDRAN IYER.

GREGORY H. LANTIER, Sidley Austin LLP, Washington, DC, argued for defendant-appellee. Also represented by LIV LEILA HERRIOT, Wilmer Cutler Pickering Hale and Dorr LLP, Palo Alto, CA; NATALIE M. MORRISSEY, KRISTEN E. PARNIGONI, Boston, MA; LAURA E. POWELL, Washington, DC.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 9, 2026
Date

Jarrett B. Perlow
Clerk of Court